# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Edward Trinidad

                              Plaintiff,

v.                                                    Case No.: 1:20–cv–02996
                                                      Honorable Maria Valdez

Andrew Marshall Saul

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 2, 2020:

    MINUTE entry before the Honorable Maria Valdez: Plaintiff has filed a Motion for Leave to Proceed In Forma Pauperis along with a financial affidavit [4]. Under the in forma pauperis statute, 28 U.S.C. section 1915, Plaintiff may proceed in forma pauperis if he cannot pay the required court fees and costs. See 28 U.S.C. section 1915(a)(1). "Although he must show that he cannot simultaneously pay court costs and provide for life's necessities, he 'need not be absolutely destitute in order to enjoy the benefit of [section] 1915.'" Garth–Richardson v. Univ. of Ill. at Chi., No. 03 C 5406, 2004 WL 726135, at *1 (N.D. Ill. Apr. 1, 2004) (quoting Zaun v. Dobbin, 628 F.2d 990, 992 (7th Cir. 1980)). According to the affidavit, Plaintiff has no income, receives only a small amount of public aid per month, and relies on the support of his father, with whom he lives, thus satisfying the showing of indigency. Additionally, an initial review of the complaint does not reveal that it "(i) is frivolous or malicious; (ii) fails to state a claim upon which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." See 28 U.S.C. section 1915(e)(2)(B). Plaintiff's Motion for Leave to Proceed In Forma Pauperis [4] is therefore granted. Mailed notice (lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.