## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Edward Trinidad

                           Plaintiff,

v.                                                 Case No.: 1:20–cv–02996

                                                      Honorable Maria Valdez

Andrew Marshall Saul

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 15, 2020:

      MINUTE entry before the Honorable Maria Valdez: Defendant's Unopposed Motion for First Extension of Time to Respond to Plaintiff's Brief [19] is granted. Defendant's responsive filing is now due 1/27/21, and Plaintiff's reply is due 2/10/21. Mailed notice (lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.