**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Edward Trinidad

                     Plaintiff,

v.                                                  Case No.: 1:20−cv−02996
                                                      Honorable Maria Valdez

Andrew M. Saul

                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 30, 2021:

      MINUTE entry before the Honorable Maria Valdez: Plaintiff's request for reversal [18] is granted in part, and Defendant's cross−motion for summary judgment [21] is denied. It is hereby ordered that a judgment be entered reversing the Commissioner's decision with remand to the agency for further proceedings, pursuant to the fourth sentence of 42 U.S.C. section 405(g). Civil case terminated. Mailed notice(lp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.